**Electronically Filed
Supreme Court
SCWC-13-0000042
24-JUN-2015
07:56 AM**

SCWC-13-0000042

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RODNEY Y. SATO, Petitioner/Plaintiff-
Counterclaim Defendant-Appellant/Cross-Appellee,

vs.

WAHIAWA-CENTRAL OAHU HEALTH CENTER, INC., a Hawai'i
non-profit corporation; and THE WAHIAWA HOSPITAL
ASSOCIATION, a Hawai'i non-profit corporation,
Respondents/Defendants-
Counterclaimants-Appellees/Cross-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000042; CIV. NO. 09-1-1087)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Counterclaim Defendant-Appellant/

Cross-Appellee Rodney Y. Sato's application for writ of

certiorari filed on May 12, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, June 24, 2015.

Eric A. Seitz,
Della A. Belatti,
and Sarah R. Devine
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

